**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| HUSCH BLACKWELL LLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:18-cv-01186 (TJK) |
| v. | ) | |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF HEALTH AND HUMAN | ) | |
| SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff and Defendant hereby stipulate to the dismissal of the above-captioned action with prejudice. Each side shall bear its own costs.

Dated:  February 28, 2019                Respectfully submitted,


By: /s/ *Matthew P. Diehr*_____
        MATTHEW P. DIEHR, Bar No. MO0007
        NATALIE R. HOLDEN, Bar No. MO010
        KYLE GILSTER, Bar No. 483873
        HUSCH BLACKWELL, LLP
        4801 Main Street, Suite 1000
        Kansas City, MO 64112
        (816) 983- 8000
        Email: kyle.gilster@huschblackwell.com
        Email: matthew.diehr@huschblackwell.com
        Email: natalie.holden@huschblackwell.com

        *Attorneys for Plaintiff*

JESSIE K. LIU, D.C. Bar No. 472845
United States Attorney

DANIEL F.  VAN HORN, D.C.  Bar No.  924092
Chief, Civil Division

By: /s/  *Scott Leeson Sroka*
SCOTT LEESON SROKA, Member of New York Bar
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
Telephone: 202-252-7113
Email: Scott.Sroka@usdoj.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of February, 2019, that service of the

foregoing Joint Stipulation of Dismissal has been made on counsel of record through the Court's

ECF system.

/s/ *Matthew P. Diehr*
MATTHEW P. DIEHR

2